AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

GHALEB ALAUMARY,

      Petitioner,

                                JUDGMENT IN A CIVIL CASE

          **V.**                CASE NUMBER:  4:20-cr-00027
                                               4:22-cv-00216

UNITED STATES OF AMERICA,

      Respondent.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 30, 2025, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of this Court.  The Government's

Motion to Dismiss is granted, and Alaumary's Motion is dismissed. The Court denies the issuance of

a Certificate of Appealability and in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

February 5, 2025
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03